FILED

2003 OCT 16  P 12: 44

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL WILLIAMS | : |
| VS. | : 3:02CV02213 (WWE) |
| THE GILLETTE COMPANY | : OCTOBER 14, 2003 |

### PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

Pursuant to Rule 7(b) of the Local Rules of this Court, the plaintiff respectfully requests that the deadline for discovery be extended to November 30, 2003. At the present time, the deposition of the plaintiff has commenced but may be continued; medical records are being obtained from two doctors in Rumania and it is unclear whether there will be procedural difficulties in Rumania exclusive of the plaintiff's authorization to obtain the records.

Plaintiff has also served interrogatories as of October 9 and seeks documents from the defendant.

At a status conference on October 8, 2003, the Court indicated that the deadline for both parties would be advanced to November 30, but suggested that plaintiff file a motion to reflect consideration of the extension of time.

It is understood that the remainder of the scheduling order is unchanged.

Respectfully submitted,
THE PLAINTIFF
DANIEL WILLIAMS

BY _____
KATRENA ENGSTROM
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed. Bar No.: ct09444

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered, on the date set forth above, to the following parties and counsel of record:

Attorney Victoria Wooden-Chavey
Day, Berry & Howard, LLP
CityPlace One
Hartford, CT 06103-3499

_____
KATRENA ENGSTROM