FILED

2003 OCT 16 P 12: 45

US

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL WILLIAMS | : |
| VS. | : 3:02CV02213 (WWE) |
| THE GILLETTE COMPANY | : OCTOBER 14, 2003 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in addition to counsel who have appeared in this case for the plaintiff.

THE PLAINTIFF
DANIEL WILLIAMS

BY /s/ Katrena Engstrom
KATRENA ENGSTROM
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed. Bar No.: ct09444

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered, on the date set forth above, to the following parties and counsel of record:

Attorney Victoria Wooden-Chavey
Day, Berry & Howard, LLP
CityPlace One
Hartford, CT 06103-3499

_____
KATRENA ENGSTROM