FILED

2003 OCT 16 P 12: 44

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANIEL WILLIAMS          :

VS.                      :      3:02CV02213 (WWE)

THE GILLETTE COMPANY     :      OCTOBER 14, 2003

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

Pursuant to Rule 7(b) of the Local Rules of this Court, the plaintiff respectfully requests that the deadline for discovery be extended to November 30, 2003. At the present time, the deposition of the plaintiff has commenced but may be continued; medical records are being obtained from two doctors in Rumania and it is unclear whether there will be procedural difficulties in Rumania exclusive of the plaintiff's authorization to obtain the records.

Plaintiff has also served interrogatories as of October 9 and seeks documents from the defendant.

At a status conference on October 8, 2003, the Court indicated that the deadline for both parties would be advanced to November 30, but suggested that plaintiff file a motion to reflect consideration of the extension of time.

It is understood that the remainder of the scheduling order is unchanged.

Motion Granted.
Discovery cutoff date 11-30-03
Dispositive Motions due by 2-14-04
SO ORDERED
10/20/03
Warren W. Eginton, Sr. U.S.D.J.