UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of this Court, the defendant respectfully requests an extension of time of fifteen days, up to and including November 21, 2003 to respond to plaintiff's discovery requests, which were served on the defendant on October 9, 2003. Counsel for the defendant has contacted Katrena Engstrom, counsel for the plaintiff, who has indicated she has no objection to this extension. This motion is the defendant's first request for an extension of to respond to discovery.

- 2 -

                      DEFENDANT,
                      THE GILLETTE COMPANY


                By _____
                      Victoria Woodin Chavey ct14242
                      Day, Berry & Howard LLP
                      CityPlace I
                      Hartford, Connecticut 06103-3499
                      (860) 275-0100
                      Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via regular mail to:

Katrena Engstrom, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


                      _____
                      Victoria Woodin Chavey