# FILED

2003 NOV -7  A  9: 43

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of this Court, the defendant respectfully requests an extension of time of fifteen days, up to and including November 21, 2003 to respond to plaintiff's discovery requests, which were served on the defendant on October  9, 2003.  Counsel for the defendant has contacted Katrena Engstrom, counsel for the plaintiff, who has indicated she has no objection to this extension.  This motion is the defendant's first request for an extension of to respond to discovery.

Motion GRANTED

WARREN ...TION
Senior Unite ...rct Judge
11- 7 -03