UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

January 9, 2004

9:00    a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-02cv2213**    **Williams v. Gillette**

Victoria Woodin Chavey
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499


Katrena K. Engstrom
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510


Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK