# Day, Berry & Howard LLP

COUNSELLORS AT LAW

October 16, 2003

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Katrina Engstrom
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

    Re:   *Williams v. Gillette*

Dear Attorney Engstrom:

    Following up on our conversation on October 9, 2003 at Mr. Williams's deposition, this letter will confirm that your client has provided you with an authorization to obtain a complete copy of his medical records from his treating physicians in Romania, Drs. Andreia Vasilescu and Simona Bradateanu, as well as Dr. Cohen, with whom Mr. Williams treated in Connecticut from 1998 through 2000. To the extent there were other mental health care providers that have treated Mr. Williams, we would like their records as well.

    Our preference would be for Mr. Williams to provide us with an authorization so that we could obtain his medical records directly from the providers. You stated, however, that your firm's policy is to obtain client records and then provide copies to counsel. We will accept this alternative given your representation that you would provide us with a *complete* copy of everything you receive from Mr. Williams's health care providers. Also, when you send us the records, please confirm in writing that you are forwarding us a *complete* copy of all of everything you have received regarding Mr. Williams's medical and psychiatric treatment.

    In addition, we have information suggesting that Mr. Williams treated in a Connecticut hospital on or about May 21, 2001. Please confirm whether Mr. Williams did receive medical care in Connecticut in May, 2001 and, if so, please produce the related records as well.

    We suspended the deposition to allow you time to obtain Mr. Williams's medical records, about which we expect to need to question him. Once we receive the records from you, we will schedule the continuation of the deposition, consistent with whatever discovery period the Court imposes.

CityPlace I | Hartford, CT 06103 | t 860 275 0100 f 860 275 0343

Boston  Greenwich  Hartford  New York  Stamford  *www.dbh.com*

Day, Berry & Howard LLP

Katrina Engstrom
October 16, 2003
Page 2

  Finally, there are many deficiencies in your prior discovery responses, as outlined in my letter to Norm Pattis of September 12. Kindly supplement your production or otherwise indicate that you have produced all responsive documents and information in your or your client's possession or control.

  Thank you.

              Very truly yours,

              Victoria Woodin Chavey