# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

October 21, 2003

Attorney Victoria Wooden-Chavey
Day, Berry & Howard, LLP
CityPlace 1
Hartford, CT 06103-3499

Re:   Williams v. The Gillette Company
      Civil Case No. 3:02CV02213 (WWE)

Dear Attorney Chavey:

   This confirms that I am waiting for executed authorizations from Mr. Williams, which should arrive by November 17th. I will request records from his physicians in Romania and Dr. Cohen in West Hartford. It is my understanding that when you asked him at his deposition about whether he was hospitalized in May 2001, he answered in the negative.

   Enclosed is a draft confidentiality agreement for your review. If you have any provision, please fax them to me and then I will send you an original for your signature.

   As soon as this agreement has been executed, and we have received all of the records from the physicians, we will certainly forward a complete set to you as I indicated earlier.

                                          Sincerely,

                                          [signature]
                                          KATRENA ENGSTROM

KE:lc
Enclosure