**Day, Berry & Howard** LLP

Sara R. Simeonidis
Direct Dial: (860) 275-0340
E-mail: srsimeonidis@dbh.com

November 26, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Katrina Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

    Re:    *Williams v. Gillette*

Dear Attorney Engstrom:

    You recently indicated to us that your client has changed his position on producing his medical records and has decided not to do so. We are going to pursue this issue. In addition, we also need to continue his deposition.

    As you know, the discovery period expires on November 30, 2003. While we are not going to extend the discovery period with the court, we do plan to follow up on these outstanding discovery issues.

    We will contact you next week to fulfill our meet and confer obligations under Local Rule 9(d) to try and resolve these discovery issues without court intervention.

    Thank you.

                              Very truly yours,

                              Sara R. Simeonidis

cc: Victoria Woodin Chavey, Esq.