# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Sara R. Simeonidis
Direct Dial: (860) 275-0340
E-mail: srsimeonidis@dbh.com

December 23, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Katrina Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

    Re:   *Williams v. Gillette*

Dear Attorney Engstrom:

    This will confirm our conversation of today's date wherein you informed me that Attorney Pattis does not feel that he has received an answer from Mr. Williams regarding his willingness to disclose his medical records. You indicated that you would provide me with Mr. Williams' decision on Monday, December 29, 2003, after Attorney Pattis has had an opportunity to speak with him by phone regarding this matter.

    In the interest of working cooperatively toward a resolution of this important discovery issue, we will hold off on filing any necessary motions with the court until after your office and Mr. Williams have come to a final decision on our reasonable request for his medical records. However, if Mr. Williams does not agree by December 31, 2003 to produce the documents, we will proceed with preparing appropriate motions to compel disclosure of these records.

    I look forward to hearing from you next week.

                                                   Very truly yours,

                                                 Sara R. Simeonidis

cc: Victoria Woodin Chavey, Esq.