Day, Berry & Howard LLP

Sara R. Simeonidis
Direct Dial: (860) 275-0340
E-mail: srsimeonidis@dbh.com

December 31, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Katrina Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

    Re:   *Williams v. Gillette*

Dear Attorney Engstrom:

    When we last spoke on December 23, 2003, you indicated that Attorney Pattis wished to speak with Mr. Williams directly regarding producing his medical records because Attorney Pattis did not feel he had gotten an adequate answer from Mr. Williams via e-mail. You were to provide us with Mr. Williams' decision to produce his medical records by today's date.

    Upon calling your office today, you informed me that Mr. Williams has not called Attorney Pattis to discuss this issue and, therefore, you do not know whether he will produce his medical records to us. You suggested that we discuss this issue at the upcoming status conference.

    After making numerous attempts to resolve this discovery issue and having been unable to do so, we are proceeding with a motion to compel your client to disclose these records.

                                                          Very truly yours,

                                                          Sara R. Simeonidis

cc: Victoria Woodin Chavey, Esq.