UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AMENDED
Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 26, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-02-cv-2213**    **Williams v. Gillette**

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510


Albert Zakarian
Victoria Woodin Chavey
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK