Page 64

1    Q.   And you had taken a leave of absence
2    from Duracell in September of 2000 because of an
3    illness on your mother's part?
4    A.   Yes.
5    Q.   And did that illness continue into the
6    beginning of 2001?
7    A.   This is medical information which can
8    give -- can be given to my mother or her
9    doctor.
10   Q.   What was your mother's illness that
11   occasioned your --
12   A.   Same thing, go to the same source if
13   you need it.
14   Q.   Would you answer my question, please?
15        MS. ENGSTROM:  I think she is
16   looking for a layman's description of what your
17   mother's health condition was, not a medical,
18   not a doctor's description.
19   A.   She is an old woman.  She has several
20   matters to deal with.  When you are going to be
21   that age, perhaps you are going to have a better
22   understanding.  I never went to her doctor to
23   ask what the problems were.  I know what I was
24   able to do in the household.
25   Q.   Did you ever take your mother to the

Page 65

1  doctor?
2      A.   You mean by the hand, take her to the
3  doctor?  No.  I didn't.  It wasn't necessary.  I
4  mean, to take --
5      Q.   Did you drive your mother to the
6  doctor, accompany her to the doctor?
7      A.   No.  No, I did not.
8      Q.   You sought a leave of absence from
9  September of 2000 because you had to take care
10 of your mother who was very ill, correct?
11     A.   That was in September 2000, yes.
12     Q.   And you were concerned about your
13 mother's health?
14     A.   Yes.
15     Q.   And her survival at that time, right?
16     A.   Yes.
17     Q.   Her condition was so severe?
18     A.   Yes.
19     Q.   How would you characterize that
20 condition?
21     A.   Part of the reason I have asked
22 Duracell to do that, and if you read from that
23 letter which I sent by fax to Alex Shelekhin, to
24 my immediate supervisor, the fact that not long
25 before this moment, my father died.  I was

Page 66

1  affected. I was afraid -- I mean, my parents
2  were the only thing, only family left for me. I
3  was afraid what may happen to my mother, so I
4  said if something happens, I want to be by her
5  side.
6      Q.   How old was your mother in September
7  of 2000?
8      A.   Sixty-four.
9      Q.   And what medical condition did she
10 have that caused her to be gravely ill at that
11 time?
12     A.   Once again, the doctor is the one to
13 give you this information. I cannot give it to
14 you. Even if I would have it, I would still
15 won't give it to you because we are talking
16 about my mother. My mother's medical is not to
17 put here to give it to you. If you need it,
18 it's available at the source. But I have taken
19 this thing because my mother needed some help.
20 In my opinion, she needed help. She was herself
21 in a very bad situation.
22          My situation was getting worse at
23 the time medically speaking, but I guess it
24 wasn't as bad as hers. And I felt the need, and
25 if you read that letter carefully, you are going

1    to see very clearly that I have asked Alex
2    Shelekhin to do as a favor, and I understood
3    quite clearly that taking a leave of absence for
4    a few months is not an easy thing for a boss to
5    be left without one of his team members in that
6    project, those projects that we were involved
7    in, and especially because they were still at
8    the beginning, and I said, "Alex, Michael
9    Roberts, your immediate supervisor, if you can
10   understand this, do whatever you can and help me
11   and give me a hand because I need to do this."
12           And they were, it seems -- I
13   mean, according to what followed, it seemed they
14   were understandable and they were understanding,
15   and they gave me this opportunity to do what I
16   have mentioned.
17       Q.   Do you know the nature of your
18   mother's medical condition in September 2000?
19       A.   There were several things.  She had a
20   head injury, I remember.  She had something with
21   her bones.  I forgot how that thing is called.
22   She had -- How is that thing called?  She had
23   a -- called a bela, called in English -- What is
24   that called?  That part of the -- it's on the
25   opposite --

Williams vs The Gillette Co.

10/9/2003                                                Daniel Williams

Page 68

```
 1      Q.    The liver?
 2      A.    Opposite of the liver.
 3            MS. ENGSTROM:  The bladder,
 4    appendix.
 5            MS. CHAVEY:  Pancreas?
 6      A.    No.
 7      Q.    Whatever the word is.
 8      A.    It's one of those medical things that
 9    accumulates some kind what is called stones.
10            MS. ENGSTROM:  Gallstone.
11      Q.    Gallbladder?
12            MS. GOOLKASIAN:  Kidney.
13      A.    Well, we are making fun of a serious
14    situation, but it's something related to what
15    you have said, yes.  Something.
16      Q.    Something related to the kidney?
17      A.    Something related to that, yes.  Yes.
18            High blood pressure.  There were
19    several, I told you.  At this age, problems
20    don't come and go.  They come and give you a
21    hard time.
22      Q.    Is your mother still alive today?
23      A.    Oh, yes, she is.  She is.
24      Q.    Has her medical condition improved?
25      A.    Oh, yes.  She has undergone treatment,
```

Case 3:02-cv-02213-WWE   Document 25-3   Filed 03/05/2004   Page 6 of 6
Williams vs The Gillette Co.
10/9/2003                                                    Daniel Williams

Page 69

1  undergone operations, yes. She is fine.
2      Q.   Are you still helping to care for your
3  mother?
4      A.   Not the way I did in 2000. It was a
5  period when I felt it's a critical moment, and
6  with God's help, we made it at least this far.
7      Q.   When had your father died?
8      A.   I should mention even though, once
9  again, for the record, Duracell was helpful at
10 that time, something happened later. This is
11 something I think you should try to understand.
12 My father died in 1999, the end of '99, the end
13 of previous year.
14     Q.   Were you under the treatment of a
15 psychiatrist in the United States in 2000?
16     A.   I have answered this line of
17 questioning. The answer is the judge decides
18 obliges me to do it, although if you are
19 entitled to this, to these things, you can get
20 them without my approval. If the law allows you
21 to do it, you don't need my approval. Get
22 them. I cannot stop you. I don't wish to give
23 this information, but I am sure you have the
24 means to obtain it without my approval.
25          MS. CHAVEY:   Are you allowing him