### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | APRIL 26, 2004 |

### **APPEARANCE**

Please enter the appearance of **SARA R. SIMEONIDIS** as attorney for the defendant, The Gillette Company, in the above-entitled action.

Dated at Hartford, Connecticut, this 26th day of April, 2004.

THE DEFENDANT,
THE GILLETTE COMPANY,

Sara R. Simeonidis (ct25566)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100
srsimeonidis@dbh.com
Its Attorneys

-2-

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent this date, via facsimile and first-class mail, postage prepaid, to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street No. 409
New Haven, CT  06510

                                                                _____
                                                                 Sara R. Simeonidis