FILED

2004 APR 26 A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL WILLIAMS, | : CIVIL ACTION NO. |
| | : 3:02 CV 02213 (WWE) |
| Plaintiff, | : |
| VS. | : |
| | : |
| THE GILLETTE COMPANY, | : |
| | : |
| Defendant. | : APRIL 26, 2004 |

### DEFENDANT'S MOTION FOR SANCTIONS

In this case of alleged discrimination on the basis of mental disability, the defendant, The Gillette Company ("Gillette"), respectfully moves this Court pursuant to Federal Rules of Civil Procedure 37(b)(2) and (d) for an order of sanctions and other appropriate relief, including dismissal with prejudice, for the plaintiff's failure to comply with this Court's March 24, 2004 Order, which granted Gillette's Motion to Compel. In the Order, this Court compelled the plaintiff's production of medical records, including psychiatric and/or mental health records, for the years 1998 through the present. That production was due on April 14, but, to date, the plaintiff has failed to produce the required records. Gillette sent written notice to the plaintiff on April 19, 2004 (see Exhibit B), that it would file this motion if the plaintiff did not comply with the Order by April 22, but the plaintiff did not respond to such notice.

**ORAL ARGUMENT REQUESTED**

Gillette attaches hereto a memorandum of law in support of this Motion for Sanctions, setting forth more fully the reasons it is entitled to obtain the sought-after relief.

        DEFENDANT,
        THE GILLETTE COMPANY

By  */s/ Sara Simeonidis*
        Victoria Woodin Chavey ct14242
        Sara R. Simeonidis ct25566
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and first class mail on this date to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

 

                                                                  _____
                                                                  Sara R. Simeonidis