# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sara R. Simeonidis
Direct Dial: (860) 275-0340
E-mail: srsimeonidis@dbh.com

April 19, 2004

**VIA FACSIMILE**

Norman A. Pattis, Esq.
Williams and Pattis LLC
51 Elm Street, #409
New Haven, CT 06510

    Re:    <u>Williams v. Duracell, Division of Gillette Company</u>

Dear Norm:

    As you know, the Court granted our Motion to Compel production of Mr. Williams' medical records by order dated March 24, 2004, which we received via e-mail from the Court on April 1, 2004. Specifically, the Court ordered that Mr. Williams provide us with his medical records, including psychiatric and/or mental health records, for the years 1998 through the present.

    As of today's date, we have not received Mr. Williams' medical records. These records were to be produced by April 14, 2004. <u>See</u> L.Civ.R. 37(a)(5). If we do not receive Mr. Williams' medical records by April 22, 2004, we will move for all appropriate sanctions pursuant to Rule 37(b) up to and including dismissal of this action.

Very truly yours,

*Sara R. Simeonidis*

Sara R. Simeonidis

SRS
cc:    Victoria Woodin Chavey, Esq.