UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | APRIL 26, 2004 |

### AFFIDAVIT OF SARA R. SIMEONIDIS

I, Sara R. Simeonidis, being duly sworn, depose and say:

1. I am a resident of the state of Connecticut.

2. I am over the age of 18 and believe in the obligation of an oath.

3. I have personal knowledge of the facts attested to in this Affidavit.

4. I am an associate at the law firm of Day, Berry & Howard LLP, which represents the defendant in this matter.

5. We received the Court's March 24, 2004 discovery order electronically on April 1, 2004.

6. On April 19, 2004, I attempted to confer with Attorney Pattis regarding his obligations under the Court's order. I advised him that if he did not produce the court-ordered

records by April 22, 2004, Gillette would seek all appropriate sanctions, including dismissal. To date, Attorney Pattis has not responded to either the Court's order or my correspondence.

_____
Sara R. Simeonidis

_____
Commissioner of Superior Court