Held.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 7, 2004

8:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02-cv-2213 (WWE)    Williams v. Gillette**

Sara R. Simeonidis

△

Victoria Woodin Chavey    Albert Zakarian
Day, Berry & Howard
Cityplace I, 185 Asylum Street    860-275-0290
Hartford, CT 06103-3499

Π

Katrena K. Engstrom    Norman A. Pattis
Williams & Pattis
51 Elm St.    203-562-9931
Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Motion for Sanctions will be
granted. Case Dismissed w/o prejudice — plaintiff
has 30 days to produce documents or Case
will be closed.