# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | JUNE 8, 2004 |

## DEFENDANT'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to its Motion for Sanctions dated April 26, 2004 and this Court's Order dated May 7, 2004, the Defendant Gillette Company ("Gillette"), hereby moves for an order dismissing this action with prejudice. By Order dated May 7, 2004, this Court granted Gillette's Motion for Sanctions, dismissed this action without prejudice, and provided the Plaintiff with thirty days to comply with this Court's March 25, 2004 Ruling and to move to re-open this case. (See Minute Entry for proceedings held before Eginton, J.: Status Conference on May 7, 2004, attached as Exhibit A; Endorsement Order granting Motion for Sanctions and Dismissing case without prejudice signed by Eginton, J. on May 7, 2004, attached as Exhibit B.) In the Minute Entry, which the parties received electronically from the Court on May 8, 2004, the Court's Order was clear: "plaintiff has 30 days to produce documents or case will be closed." See Exhibit A.

**ORAL ARGUMENT NOT REQUESTED**

      Specifically, the Court ordered the Plaintiff to comply with this Court's March 25, 2004 Ruling, in which it granted Gillette's motion to compel production of the Plaintiff's medical records. The Plaintiff was required to provide Gillette with copies of his medical records, including psychiatric and/or mental health records for the years 1998 through the present. Pursuant to this Court's May 7, 2004 Order, the Plaintiff had until June 7, 2004 to produce these records to Gillette and move to re-open this case. The Plaintiff has not produced <u>any</u> records to Gillette since this Court's May 7, 2004 Order, nor has he made any contact with Gillette during the past thirty days regarding the production of these Court-ordered medical records. Similarly, Plaintiff has failed to file a motion to re-open the case. Accordingly, Gillette now moves for dismissal with prejudice consistent with this Court's Order.

      DEFENDANT,
      THE GILLETTE COMPANY

By _____
      Victoria Woodin Chavey ct14242
      Sara R. Simeonidis ct25566
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and first class mail on this date to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

 

                                                                       Sara R. Simeonidis