**Simeonidis, Sara R.**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Saturday, May 08, 2004 12:03 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-02213-WWE Williams, et al v. Gillette Co**
**Status Conference   29**

**Docket Text:**
Minute Entry for proceedings held before Judge Warren W. Eginton : Status Conference held on 5/7/2004. (Simpson, T.)

*Held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 7, 2004

8:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02-cv-2213 (WWE)**    **Williams v. Gillette**

Sara R. Simeonidis
Δ   Victoria Woodin Chavey    Albert Zakarian
Day, Berry & Howard
Cityplace I, 185 Asylum Street    860-275-0290
Hartford, CT 06103-3499


π   Katrena K. Engstrom   Norman A. Pattis
Williams & Pattis
51 Elm St.                         203-562-9931
Ste. 409
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Motion for Sanctions will be granted. Case dismissed w/o prejudice — plaintiff has 30 days to produce documents or case will be closed.*