**Simeonidis, Sara R.**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Friday, May 14, 2004 12:02 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-02213-WWE Williams, et al v. Gillette Co**
**Order on Motion for Sanctions   30**

**Docket Text:**
ENDORSEMENT ORDER granting [28] Motion for Sanctions and dismissing the case without prejudice. Signed by Judge Warren W. Eginton on 5/7/04. (Cody, C.)

5/14/2004

FILED
2004 APR 26 A 11:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | APRIL 26, 2004 |

### DEFENDANT'S MOTION FOR SANCTIONS

In this case of alleged discrimination on the basis of mental disability, the defendant, The Gillette Company ("Gillette"), respectfully moves this Court pursuant to Federal Rules of Civil Procedure 37(b)(2) and (d) for an order of sanctions and other appropriate relief, including dismissal with prejudice, for the plaintiff's failure to comply with this Court's March 24, 2004 Order, which granted Gillette's Motion to Compel. In the Order, this Court compelled the plaintiff's production of medical records, including psychiatric and/or mental health records, for the years 1998 through the present. That production was due on April 14, but, to date, the plaintiff has failed to produce the required records. Gillette sent written notice to the plaintiff on April 19, 2004 (see Exhibit B), that it would file this motion if the plaintiff did not comply with the Order by April 22, but the plaintiff did not respond to such notice.

ORAL ARGUMENT REQUESTED

Motion for sanctions is GRANTED. This action is dismissed without prejudice. The plaintiff has 30 days from the date of this ruling to comply with the Court's 3/25/04 ruling, and to reopen this case. 5/7/04

WARREN W. EGINTON, Senior U.S.D.J.

FILED
2004 MAY -7 A 9:14
U.S. DISTRICT COURT
BRIDGEPORT, CONN