31

FILED

2004 JUN 14 A 10:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WILLIAMS, | : | CIVIL ACTION NO. cs |
| | : | 3:02 CV 02213 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| THE GILLETTE COMPANY, | : | |
| | : | |
| Defendant. | : | JUNE 8, 2004 |

FILED 2004 JUN 29 P 4:22 U.S. DISTRICT COURT BRIDGEPORT, CONN

## DEFENDANT'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to its Motion for Sanctions dated April 26, 2004 and this Court's Order dated May 7, 2004, the Defendant Gillette Company ("Gillette"), hereby moves for an order dismissing this action with prejudice. By Order dated May 7, 2004, this Court granted Gillette's Motion for Sanctions, dismissed this action without prejudice, and provided the Plaintiff with thirty days to comply with this Court's March 25, 2004 Ruling and to move to re-open this case. (See Minute Entry for proceedings held before Eginton, J.: Status Conference on May 7, 2004, attached as Exhibit A; Endorsement Order granting Motion for Sanctions and Dismissing case without prejudice signed by Eginton, J. on May 7, 2004, attached as Exhibit B.) In the Minute Entry, which the parties received electronically from the Court on May 8, 2004, the Court's Order was clear: "plaintiff has 30 days to produce documents or case will be closed." See Exhibit A.

**ORAL ARGUMENT NOT REQUESTED**

Motion GRANTED absent objection.

WARREN W. EGINTON
Senior United States District Judge 6/29/04.